IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFF HANLON, individually and on behalf of all others similarly situated, ) ) ) | ELECTRONICALLY FILED |
| Plaintiff, ) ) | Civil Action No. 209-cv-00465 |
| v. ) ) | Honorable Gary L. Lancaster |
| ARAMARK CORPORATION, ) ) | |
| Defendant. ) | |

## STIPULATION TO SUBSTITUTE PARTIES

It is hereby stipulated by and between the parties in the above-captioned matter that:

1. Undersigned counsel for Defendant represents that the entity that issued the receipt allegedly at issue in this case from PNC Park in Pittsburgh was Aramark Sports, LLC.

2. Based on the foregoing representation, and pursuant to Federal Rule of Civil Procedure 21, the parties hereby stipulate and request that the Court dismiss Aramark Corporation as a party, without prejudice, and add Ararmark Sports, LLC as a party.

STIPULATED AND AGREED:

s/ R. Bruce Carlson
R. Bruce Carlson
CARLSON LYNCH LTD
231 Melville Lane
P.O. Box 367
Sewickley, PA 15143
Telephone: 412.749.1677
Fax: 412.749.1686
bcarlson@carlsonlynch.com

Counsel for Plaintiff Jeff Hanlon

May 15, 2009

s/ Gregory T. Parks
Gregory T. Parks
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA
Telephone: 215-963-5000
Fax: 215-963-5001
gparks@morganlewis.com

Counsel for Defendant Aramark Corporation

SO ORDERED:

_____

DATED: MAY 15, 2009