# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFF HANLON, individually and on behalf of all others similarly situated, ) ) ) ) | Civil Action No. 09-465-GLL |
| Plaintiff, ) ) | |
| v. ) ) | |
| ARAMARK SPORTS, LLC, ) ) | |
| Defendant. ) | |

## ORDER GRANTING FINAL APPROVAL OF SETTLEMENT

Having considered the Class Action Settlement Agreement and all other materials properly before the Court and having conducted an inquiry pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court finds that the Settlement Agreement was entered by all parties in good faith, is fair, adequate and reasonable and the Settlement Agreement is approved. The Court will simultaneously, or the Clerk of the Court shall, enter the Judgment provided in the Settlement Agreement. Aramark Sports, LLC shall disseminate class relief to the Participating Claimants, Class Representative and Class Counsel as provided for in the Settlement Agreement.

DATED: 5/19/10

The Honorable Gary L. Lancaster
Chief United States District Judge